**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6301**

---

STARLING THORTON,

Plaintiff - Appellant,

and

WINSTON LLOYD,

Plaintiff,

versus

STATE OF MARYLAND; RONALD MOATS, Warden;
PRINCE GEORGE'S COUNTY, MARYLAND, RICHARD
LANHAM, Commissioner of Corrections,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. M. J. Garbis, District Judge. (CA-95-
3990-MJG)

---

Submitted: June 20, 1996          Decided: July 1, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Starling Thorton, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Thorton v. Maryland</u>, No. CA-95-3990-MJG (D. Md. Feb. 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>